# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-00125-32-CR-W-BP |
| SERGIO ARMANDO VALENCIA-OCHOA, | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On October 25, 2024, Defendant Sergio Armando Valencia-Ochoa appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to Count Three of the superseding indictment. Docs. 1191, 1193. Count Three of the superseding indictment charges Defendant with conspiracy to commit money laundering in violation of 18 U.S.C. §§ 1956(a)(2)(A), 1956(a)(1)(B)(i), and 1956(h). Doc. 396. Defendant executed a consent to entry of a felony guilty plea before a magistrate judge. Doc. 1192.

After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which Defendant has pleaded guilty was supported by a factual basis for each of the essential elements. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be accepted and that Defendant be adjudged guilty and have a sentence imposed accordingly. Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service

shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1).

DATE:   October 25, 2024                          */s/ W. Brian Gaddy*
                                                  W. BRIAN GADDY
                                                  UNITED STATES MAGISTRATE JUDGE