IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 22-0125-32-CR-W-BP |
| SERGIO ARMANDO VALENCIA-OCHOA, | ) |
| Defendant. | ) |

## ORDER ACCEPTING PLEA OF GUILTY

On October 25, 2024, the Honorable W. Brian Gaddy, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to one count of conspiracy to commit money laundering. (Doc. 1199.) There has been no objection to Judge Gaddy's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation; Defendant's plea of guilty is now accepted and he is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

DATE: November 12, 2024

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT